**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| STADIUM CASINO RE, LLC | : | No. 49 MM 2023 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA GAMING CONTROL BOARD, SC GAMING OPCO LLC AND IRA LUBERT | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: PENNSYLVANIA GAMING CONTROL BOARD | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of September, 2023, the Petition for Permission to Appeal is DISMISSED.